IT IS SO ORDERED.

Dated: 4 May, 2021 10:01 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 21-10894 |
| Robert D. Horvath | Chapter 7 |
| Debtor(s). | Judge Jessica E. Price Smith |

**ORDER GRANTING MOTION OF ACAR LEASING LTD DBA GM FINANCIAL LEASING FOR RELIEF FROM STAY (Doc. 10)**

**2017 GMC SIERRA 150 - VIN 1GTN2MEC8HZ130478**

    This matter came before the Court on the Motion for Relief from Stay (the 'Motion') filed by ACAR Leasing LTD dba GM Financial Leasing ('Movant') at Docket No. 10. Movant has alleged that good cause for granting the Motion exists, and that the Debtor, counsel for the Debtor, the Chapter 7 Trustee and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in

opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

      IT IS, THEREFORE ORDERED that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns.

###

SUBMITTED BY:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

COPIES TO:

Charles J. Van Ness, Debtor's Counsel, at cjvlaw@prodigy.net (VIA ECF MAIL)

Robert D. Barr, Trustee, at barr-trustee@koehler.law (VIA ECF MAIL)

Office of the U.S. Trustee, at (registeredaddress)@usdoj.gov (VIA ECF MAIL)

Robert D. Horvath, Debtor, 520 Ransome Road, Highland Heights, OH 44143 (VIA U.S. MAIL)

Deanna C Horvath, Non-Filing Co-Debtor, 520 Ransome Road, Highland Heights, OH 44143 (VIA U.S. MAIL)

Wells Fargo Bank NA as Coll Agent, First Lienholder, PO Box 9000, Lutherville, MD 21094 (VIA U.S. MAIL)